**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  11-cr-00466-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JUSTIN KNIGHT,

      Defendant.

---

**MINUTE ORDER**[1]

---

      On May 11, 2012, the court conducted telephonic setting conference to reset the sentencing hearing in this matter.  After conferring with counsel and with their consent,

      **IT IS ORDERED** that the court shall conduct a sentencing hearing in this matter on **August 3, 2012**, commencing at 11:00 a.m.

      Dated:  May 11, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.